**William Wentworth FOSTER, Defendant-Appellant,**

v.

**STATE of Missouri, Plaintiff-Respondent.**

**No. 52543.**

Missouri Court of Appeals, Eastern District, Division Three.

July 14, 1987.

Motion for Rehearing and/or Transfer Denied Aug. 13, 1987.

Application to Transfer Denied Sept. 15, 1987.

Dave Hemingway, Asst. Public Defender, St. Louis, for defendant-appellant.

William L. Webster, Atty. Gen., Byrona Kincanon, Asst. Atty. Gen., Jefferson City, for plaintiff-respondent.

### ORDER

PER CURIAM.

Movant, William Wentworth Foster, appeals from the denial of his successive Rule 27.26 motion, without an evidentiary hearing. Affirmed. Rule 84.16(b).